HAROLD L. LOUD, Respondent, *v.* CLIFFORD COUNTRY ESTATES et al., Appellants.

AUGUST B. LOUD, Respondent, *v.* CLIFFORD COUNTRY ESTATES et al., Appellants.

(Submitted May 5, 1930; decided May 13, 1930.)

*Ralph Royall* for motion.
*James E. Freehill* opposed.

Motion to dismiss appeal of Clifford Country Estates, Inc., granted and appeal dismissed, with costs.

Motion to dismiss appeal taken by Walter Clifford denied, without costs, on condition that the appellant within ten days files the undertaking required by section 593 of the Civil Practice Act if he has not already done so; otherwise granted, with costs.